NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL V. MAY,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent,*

**and**

**DEPARTMENT OF VETERANS AFFAIRS,**
*Intervenor.*

---

2010-3085

---

Petition for review of the Merit Systems Protection Board in case no. PH0752080505-I-1.

---

**ON MOTION**

---

**ORDER**

The Department of Veterans Affairs moves for a 14-day extension of time, until September 30, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 2 1 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dennis L. Friedman, Esq.
Jeffrey A. Gauger, Esq.
Jane W. Vanneman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 1 2010

JAN HORBALY
CLERK